JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BALWINDER SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>JANET NAPOLITANO, Secretary for the Department of Homeland Security; TIMOTHY AITKEN, Field Office Director, Office of Detention and Removal, Immigration and Customs Enforcement; ERIC H. HOLDER, JR., United States Attorney General,<br><br>    Respondents. | No. C 09-4480 SBA<br><br>**STIPULATION TO DISMISS; AND ORDER** |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because United States Immigration and Customs Enforcement has removed Petitioner to India.

///

///

///

///

Stipulation to Dismiss
C09-4480 SBA                                              1

| | |
|---|---|
| 1 | Each of the parties shall bear their own costs and fees. |
| 2 | Dated: February 18, 2010                 Respectfully submitted, |

Each of the parties shall bear their own costs and fees.

Dated: February 18, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Respondents

Date: February 18, 2010

_____/s/_____
TERESA SALAZAR-COSMOS
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/22/10

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.