1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Respondents
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BALWINDER SINGH, | ) No. C 09-4480 SBA |
| | ) |
| Petitioner, | ) |
| | ) **STIPULATION TO DISMISS; AND** |
| v. | ) **ORDER** |
| | ) |
| JANET NAPOLITANO, Secretary for the | ) |
| Department of Homeland Security; TIMOTHY | ) |
| AITKEN, Field Office Director, Office of | ) |
| Detention and Removal, Immigration and | ) |
| Customs Enforcement; ERIC H. HOLDER, JR., | ) |
| United States Attorney General, | ) |
| | ) |
| Respondents. | ) |
| | ) |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because United States Immigration and Customs Enforcement has removed Petitioner to India.

///

///

///

///

Stipulation to Dismiss
C09-4480 SBA                                1

1     Each of the parties shall bear their own costs and fees.

2     Dated: February 18, 2010                    Respectfully submitted,

3                                                 JOSEPH P. RUSSONIELLO
                                                United States Attorney

4

5

6                                                 _____/s/_____
                                                ILA C. DEISS[1]
                                                Assistant United States Attorney

7                                                 Attorney for Respondents

8

9     Date: February 18, 2010                      _____/s/_____
                                                TERESA SALAZAR-COSMOS
                                                Attorney for Petitioner

10

11

12                                           **ORDER**

13     Pursuant to stipulation, IT IS SO ORDERED.

14

15

16     Date:  2/22/10                                  _____
                                                SAUNDRA B. ARMSTRONG
                                                United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-4480 SBA                                              2